Rule 16 (g), is denied. *James P. Flynn,* for plaintiff. *Milton Stanzler,* for defendant.

July 18, 1975.

M. P. No. 75-196. NARRAGANSETT WIRE CO. *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for certiorari granted. *Alan P. Cusick,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, for defendant.

APPEAL No. 75-18. WILLIAM GRANGER *et al. v.* WALTER JOHNSON. Motion of plaintiffs for special assignment is granted, and the case is assigned to the October 1975 calendar for oral argument. *Ronald R. Gagnon,* for plaintiffs. *Francis J. O'Brien,* for defendant.

APPEAL No. 75-73. ROGER J. PAQUIN *et al. v.* METHODI P. GUIORGUIEV *et al.* Motion of plaintiffs to affirm judgment below denied. *William J. Peotrowski,* for plaintiffs. *Deming E. Sherman, Edwards & Angell,* for defendants.

July 21, 1975.

APPEAL No. 74-181. ROSE AVEDESIAN *et al. v.* RHODE ISLAND PUBLIC TRANSIT AUTHORITY. Motion of plaintiffs for extension of time in which to file their brief is granted, and the time is extended to August 21, 1975. Unless said brief is filed by that date, case will be dismissed. *James J. McGair,* for plaintiffs. *Seth K. Gifford,* for defendant.

APPEAL No. 75-68. INDUSTRIAL NATIONAL BANK *v.* ADAM FARKAS. Motion of defendant for extension of time in which to file memorandum in opposition is granted, and the time is extended to August 7, 1975. No further extension of time will be granted. *Michael DeFanti, Hinckley, Allen, Salisbury & Parsons,* for plaintiff. *Adam Farkas,* pro se.